## W. C. WASHINGTON v. STATE.
### No. 16254.

Court of Criminal Appeals of Texas.

Nov. 15, 1933.

J. R. Duran, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. A plea of guilty was entered by the appellant and received by the court. A jury was waived. Nothing is perceived in the record which would authorize a reversal or require discussion.

The judgment is affirmed.

## WASHINGTON v. STATE.
### No. 16255.

Court of Criminal Appeals of Texas.

Nov. 15, 1933.

J. R. Duran, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

Upon his plea of guilty, appellant was adjudged guilty. The judgment, sentence, and other matters of procedure appear regular. There is no statement of facts or bills of exception in the record.

The judgment will be affirmed.

## DENTON v. STATE.
### No. 16248.

Court of Criminal Appeals of Texas.

Nov. 15, 1933.

J. B. Henderson, Jr., of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.